**Spectrum Healthcare Resources, Inc., Defendant–Appellee.**

**No. 2012–5037.**

United States Court of Appeals, Federal Circuit.

Aug. 14, 2012.

Kenneth B. Weckstein, Brown Rudnick, LLP, of Washington, DC, argued for plaintiff-appellant.

Patricia M. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr. Assistant Director, and Michael P. Goodman, Trial Attorney.

James G. Peyster, Crowell & Moring, LLP, of Washington, DC, argued for defendant-appellee Spectrum Healthcare Resources, Inc. With him on the brief was Amy Laderberg O'Sullivan.

LOURIE, REYNA, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re Sherman HOWARD, Petitioner.**

**Misc. No. 126.**

United States Court of Appeals, Federal Circuit.

Aug. 14, 2012.

Marshall D. White, Esq., Law Office of Marshall D. White, San Antonio, TX, for Sherman Howard.

B. Chad Bungard, Esq., General Counsel, Merit Systems Protection Board, Washington, DC, for Merit Systems Protection Board.

Before LOURIE, SCHALL, and DYK, Circuit Judges.

## ON PETITION

PER CURIAM.

## ORDER

Sherman Howard submits a petition for a writ of mandamus directing the Merit Systems Protection Board (MSPB) to comply with this court's July 6, 2011 remand order in *Howard v. Department of the Air Force,* Appeal No.2010–3177, and for an award of attorney fees and costs associated with filing the petition under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The MSPB responds. Howard replies.

On April 26, 2012, the MSPB issued an Opinion and Order in Howard's appeal, ordering the Department of the Air Force to, *inter alia,* cancel his removal and pay him back pay, interest, and other benefits due.

Howard has not shown entitlement to EAJA fees and costs related to this petition.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for writ of mandamus is denied as moot.

(2) The request for attorney fees and costs incurred in association with this petition is denied.